IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO R. WILLIAMS,

    Petitioner,    No. 2:12-cv-1588 LKK CKD P

    vs.

UNKNOWN,    <u>ORDER</u>

    Respondent.

_____/

    On August 31, 2012 the undersigned recommended that this action be summarily dismissed pursuant to Habeas Rule 2(c). Neither party filed timely objections to these findings. However, in light of petitioner's objections filed October 17, 2012, the court will vacate its earlier recommendation of dismissal and grant petitioner leave to file an amended petition.

    Accordingly, IT IS HEREBY ORDERED THAT:

    1. The August 31, 2012 recommendation that this action be dismissed (Dkt. No. 15) is hereby VACATED; and

////

////

////

////

1

2. Petitioner is granted sixty days from the date of this order to file an amended petition.

Dated: November 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / will1588.vac