IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO R. WILLIAMS,

    Petitioner,        No.  2:12-cv-1588 LKK CKD P

    vs.

UNKNOWN,

    Respondent.        FINDINGS AND RECOMMENDATIONS

                              /

        By order filed March 5, 2013, petitioner was granted thirty days to file an amended petition containing only claims previously exhausted in the California Supreme Court. Petitioner was advised that failure to file an amended petition would result in a recommendation that this action be dismissed. (Dkt. No. 21.) The thirty day period has now expired, and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Petitioner is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 | F.2d 1153 (9th Cir. 1991).

Dated: April 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will1588.fta.hab