UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO R. WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CALIFORNIA STATE PRISON, LOS ANGELES COUNTY,<br><br>　　　　Respondent. | No.  2:12-cv-1588 LKK CKD P<br><br><br>ORDER |

Respondent's motion to dismiss this pro se prisoner petition filed pursuant to 28 U.S.C. § 2254 is pending.  (ECF No. 26.)  In light of the district court's order of March 28, 2014, referring this matter back to the undersigned to resolve the question of whether petitioner is entitled to equitable tolling of the statutory limitations period (ECF No. 43), the court will order supplemental briefing on this issue.

Accordingly, IT IS HEREBY ORDERED THAT, no more than thirty days from the date of this order, petitioner and respondent shall file supplemental briefs on the issue of equitable tolling <u>only</u>, not to exceed ten pages, along with any relevant exhibits.

Dated:  May 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / will1588.equit